UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____

Kaitlin Hudson,                                    )
                                                   )
                     Plaintiff,                    )
                                                   )
          v.                                       )          Civil Action No. 11-CV-00278-JD
                                                   )
Dr. Michael J. O'Connell's Pain Care               )
Center, Inc. and Dr. Michael J. O'Connell,         )
                                                   )
                     Defendants.                   )
_____)

## **DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR INDEPENDENT MEDICAL EXAMINATION**

NOW COME the Defendants, Dr. Michael J. O'Connell's Pain Care Center, Inc. and Dr. Michael J. O'Connell, by and through counsel, Shaheen & Gordon, PA, objecting to Plaintiff's Motion for Independent Medical Examination, and, in support thereof, state as follows:

1.     Plaintiff Kaitlin Hudson has filed a Motion for Independent Medical Examination.

2.     For the reasons stated in the attached Memorandum of Law, the Motion for Independent Medical Examination should be denied.

WHEREFORE the Defendants respectfully request that this Honorable Court:

a.     Deny the Motion for Independent Medical Examination; and

b.     Grant such further relief as the Court deems necessary and just.

Respectfully submitted,

Dr. Michael J. O'Connell's Pain Care Center,
Inc. and Dr. Michael J. O'Connell
By Their Attorneys:
SHAHEEN & GORDON, P.A.


Dated:   December 23, 2011          /s/ William E. Christie
                                    William E. Christie
                                    NH Bar #11255
                                    107 Storrs Street
                                    P.O. Box 2703
                                    Concord, NH 03302-2703
                                    (603) 225-7262
                                    wchristie@shaheengordon.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non-registered participants on December 23,
2011.


DATED:  December 23, 2011          /s/ William E. Christie
                                    William E. Christie
                                    Bar No. 11255
                                    Shaheen & Gordon, P.A.
                                    107 Storrs Street, P.O. Box 2703
                                    Concord, NH 03302
                                    (603) 225-7262
                                    wchristie@shaheengordon.com