

Michael O'Connell <michael.oconnell@painmd.com>

# (no subject)
1 message

**Kaitlin Hudson <kaitlin.hudson@painmd.com>**     Mon, Oct 4, 2010 at 4:55 PM
To: Mike O'Connell MD <michael.oconnell@painmd.com>, "john.schermerhorn@painmd.com" <john.schermerhorn@painmd.com>

I just wanted to thank you guys for helping with the Jamie thing. It's been a hard few weeks for me personally coming into work because of the drama, inconsistent attitudes and short fuses. I genuinely like what I do. I enjoy helping Suboxone patients; I relate with them and I want to see them succeed. I fought the same battle and I know how difficult it is. I don't ever want to dread coming to work or have anxiety about sharing the same space as someone. I realize I am not perfect but I'm striving to be a better human being on a daily basis, which in turn makes me a better employee and co-worker. I also realize that I fall short of my goals quite often but I feel that my heart is in the right place and I have an immense amount if loyalty to this company and what I do. I'm hoping now that my anxiety will decrease and that things will be smoother.

Kaity

P.S. I know that moving Jamie wasn't because if me specifically, but I still thank you, and thank you again.

Sent from my iPhone

REDACTED