

Michael O'Connell <michael.oconnell@painmd.com>

---

# (no subject)
6 messages

---

**Kaitlin Hudson <kaitlin.hudson@painmd.com>**    Wed, Oct 27, 2010 at 7:02 PM
To: Mike O'Connell MD <michael.oconnell@painmd.com>

Can I ask a favor or have I used them all up already? Feel awkward asking you about this but you're one of the best pain management docs around I hear so who better to ask? Plus I consider you my friend. Here's the scoop.

My boyfriend hurt his neck. Actually, Dan Fleury hurt his neck 2 weeks ago. Long story. Kevin has hurt his neck in the past, between C6 and C7 he says. He has no insurance to get an x-ray or an MRI right now. His neck hurts when he shakes his head no, no pain with yes. Causing numbness down his right arm to the last three fingers on his right hand. Increased pain with raising his arm. He is at his wits end with it. Trialed Prednisone, minimal relief. 400mg of Motrin TID, minimal, if any relief. He wants pain medicine and I do not want him going down that road, for obvious reasons. Is there anything you could do- an injection, anything- to avoid narcotics? He is not rich by any means so affording to go anywhere else is tough. I don't even know if you would inject him because he has no recent x-ray or MRI... Don't know what's going on in there... I don't know what to do. Can you help? Thoughts? If I've used up my favors I completely understand.

Sent from my iPhone

---

**Michael O'Connell <michael.oconnell@painmd.com>**    Thu, Oct 28, 2010 at 5:45 AM
To: Kaitlin Hudson <kaitlin.hudson@painmd.com>

Sounds like a C7-8 radiculitis probably from a disc bulge.
We could do an injection but would have to charge our costs, which are probably about $200 cash or cahiers check. Eventually he needs an MRI if symptoms recur. Thats about $1800. Hospitals cut no deals.
Happy to get him in today during a cancellation. Let me know.

[Quoted text hidden]

---

**Kaitlin Hudson <kaitlin.hudson@painmd.com>**    Thu, Oct 28, 2010 at 6:44 AM
To: Michael O'Connell <michael.oconnell@painmd.com>

Thank you very much Mike. I'll talk to him this morning.

Sent from my iPhone
[Quoted text hidden]

---

**Kaitlin Hudson <kaitlin.hudson@painmd.com>**    Thu, Oct 28, 2010 at 1:01 PM
To: Michael O'Connell <michael.oconnell@painmd.com>

He can't do the injection because of work.

Nyla says that maybe a muscle relaxer and a steroid would help. You think? Anything I could call in? I know I'm being a pain in the ass but the thought of him having pain pills freaks me out pretty bad.

Sent from my iPhone

On Oct 28, 2010, at 5:45 AM, "Michael O'Connell" <michael.oconnell@painmd.com> wrote:

---

[Quoted text hidden]

---

**Michael O'Connell <michael.oconnell@painmd.com>**  Thu, Oct 28, 2010 at 1:21 PM
To: Kaitlin Hudson <kaitlin.hudson@painmd.com>

call in for one medrol dosepak take as directed.
His symptoms sounds very nerve like, wouldnt waste money on muscle relaxant.

[Quoted text hidden]

---

**Kaitlin Hudson <kaitlin.hudson@painmd.com>**  Thu, Oct 28, 2010 at 1:31 PM
To: Michael O'Connell <michael.oconnell@painmd.com>

Ok, thank you

Sent from my iPhone
[Quoted text hidden]