

Michael O'Connell <michael.oconnell@painmd.com>

# (no subject)
4 messages

---

**Kaitlin Hudson** <kaitlin.hudson@painmd.com>      Fri, Nov 12, 2010 at 7:48 AM
To: Mike O'Connell MD <michael.oconnell@painmd.com>

How are you? I don't get the chance to talk to you anymore.

Sent from my iPhone

---

**Michael O'Connell** <michael.oconnell@painmd.com>      Fri, Nov 12, 2010 at 7:52 AM
To: Kaitlin Hudson <kaitlin.hudson@painmd.com>

I am just fine. Working on lots of stuff. Interesting group of employees :-)
COC has been a significant PIA, so nice to see that it is slowly turning around. I guess I need to be grateful for COC, otherwise i would be still suffering with the witch, i mean bitch.
Have been up Mt Washington four times this year, from Tuckermans, Lions Head, Jewell, and Ammonusuc.

[Quoted text hidden]

---

**Kaitlin Hudson** <kaitlin.hudson@painmd.com>      Fri, Nov 12, 2010 at 8:11 AM
To: Michael O'Connell <michael.oconnell@painmd.com>

Interesting group of employees, indeed. There are a lot of new people that I don't recognize. Always expanding. :)

How's the dystonia? Same?

That's a positive way to look at the COC- it got rid of the wicked witch. I do think they're turning around, slowly but surely. Terry has gotten a lot better. He doesn't fight everything anymore. I actually don't mind coming here these days.

You've been up Washington 4 times?! Show off! I didn't do hardly any hiking this year. It shows. I'm 138 lbs. Haha. I'm looking forward to snowboarding though. My goal is to be able to go down blacks without scraping by the season's end. You still going to board and not ski anymore?

Sent from my iPhone
[Quoted text hidden]

---

**Michael O'Connell** <michael.oconnell@painmd.com>      Fri, Nov 12, 2010 at 8:25 AM
To: Kaitlin Hudson <kaitlin.hudson@painmd.com>

Dystonia same, but I havent done any Botox in three months. So am winging it. I would say if anything it may be more controllable now than it was, or I am more used to it.
Yeah i did the entire Presidentials thru the summer: Pierce, Eisenhower, Monroe, Lincoln, Clay, Jefferson, Adams, Madison, and Wash. Last weekend did Washington with ice, snow, 40mph winds, 15 degrees real temp. Had to use crampons whole way. Those Ammonusuc rocks were sheer ice. Thomas fell at one point. Boarding all the way. Never going to pussy skiing agin. : )

[Quoted text hidden]

---