

Michael O'Connell <michael.oconnell@painmd.com>

# kate
2 messages

---

**carmenoshea@comcast.net** <carmenoshea@comcast.net>         Thu, Dec 2, 2010 at 4:53 PM
To: michael.oconnell@painmd.com

*[handwritten: Carmen]*  *[handwritten: scanning mate]*

M I don't what to be around kate anymore she's spreading lots of bad rumors and I flipping over it . C

---

**Michael O'Connell** <michael.oconnell@painmd.com>         Thu, Dec 2, 2010 at 5:52 PM
To: carmenoshea@comcast.net

Do you mean Kaity Hudson? I am sure we can arrange for others to work in your room rather than her. And remember you don't have to listen  :)

On Thu, Dec 2, 2010 at 4:53 PM, <carmenoshea@comcast.net> wrote:

> M I don't what to be around kate anymore she's spreading lots of bad rumors and I flipping over it . C